UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KELLY SANTORO, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00599-AWI-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM (ECF No. 11.)**<br><br>**OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

　　　　On July 30, 2020, the Court dismissed Plaintiff's Complaint for failure to state a claim, with leave to file a First Amended Complaint within thirty days.  (ECF No. 11.)  The thirty-day time period has now expired, and Plaintiff has not filed a First Amended Complaint or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, **IT IS HEREBY RECOMMENDED** that:

　　　　1.　　Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

　　　　2.　　The Clerk be directed to CLOSE this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 21, 2020**                              **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE