UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLY SANTORO, et al.,<br><br>          Defendants. | **1:19-cv-00599-AWI-GSA (PC)**<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 12.)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A FIRST AMENDED COMPLAINT**<br>**(ECF No. 13.)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO INCLUDE CLAIMS ARISING AT CRC IN NORCO, CALIFORNIA, IN FIRST AMENDED COMPLAINT**<br><br>**FORTY-FIVE-DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT** |

James L. Brooks ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 21, 2020, the court entered findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to file his First Amended Complaint. (ECF No. 12.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendation. (Id.)

To date, Plaintiff has not filed objections to the findings and recommendations; however, on October 2, 2020, Plaintiff filed a motion for a 45-day extension of time to file the First Amended

1

Complaint from which the court infers that Plaintiff intends to pursue this case. (ECF No. 13.) Plaintiff also requests leave to include claims arising at CRC in Norco, California, in the First Amended Complaint.

Because Plaintiff has indicated that he intends to pursue this case the court shall vacate the findings and recommendations and grant Plaintiff's motion for extension of time. However, Plaintiff's request to include claims arising at CRC in the First Amended Complaint must be denied. As Plaintiff was advised in the court's screening order issued on July 30, 2020, "venue for Plaintiff's claims arising out of events at CRC is not proper in this district and those claims may not be pursued in this action." (ECF No. 11 at 5:16-17.) If Plaintiff wishes to pursue those claims he should file a new case bringing those claims in the Central District of California.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on September 21, 2020, are VACATED;
2. Plaintiff is GRANTED 45 days from the date of service of this order in which to file a First Amended Complaint, pursuant to the court's order issued on July 30, 2020; and
3. Plaintiff's request to include claims arising at CRC in the First Amended Complaint is DENIED.

IT IS SO ORDERED.

Dated:  **October 9, 2020**              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE