UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>    Plaintiff,<br><br>    vs.<br><br>KELLY SANTORO, et al.,<br><br>    Defendants. | 1:19-cv-00599-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 15.)**<br><br>**ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

James L. Brooks ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2021, findings and recommendations were entered, recommending that this case be dismissed for failure to state a claim upon which relief may be granted under § 1983. (ECF No. 15.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (Id.)  The fourteen-day time period has expired, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 6, 2021, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 2, 2021

SENIOR DISTRICT JUDGE